**Jennifer ROBINETT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61516.**

Missouri Court of Appeals,
Western District.

April 22, 2003.

Ruth Sanders, Kansas City, MO, for Appellant.

John M. Morris, III, Evan J. Buchheim, Co–Counsel, Jefferson City, MO, for Respondent.

Before HOWARD, P.J.,
LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Jennifer Robinett appeals from a denial, without hearing, of her Rule 29.15 motion for postconviction relief in connection with her conviction for failure to appear, Section 544.665(1) RSMo 1994. Because counsel's recommendation that Robinett not testify on her own behalf was a reasonable trial strategy, the judgment is affirmed. Rule 84.16(b).